UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                          :        Chapter 13

    SHEILA WILLIAMS         :        Bankruptcy No.: 16-10671ELF

    Debtor                  :

**CERTIFICATION OF SERVICE**

ALAN D. BUDMAN, ESQUIRE, being duly sworn, deposes and says:

That on August 10, 2016, he served electronically or by US mail a copy of Debtor's 4th Amended Chapter 13 Plan to the Trustee, US Trustee, filed unsecured creditors, the attorneys for secured creditors BSI Financial Services (UMB Bank), Home Opportunity, LLC, Franklin Credit (Deutsche Bank); Navy FCU and the City of Philadelphia.

    /s/ Alan D. Budman
    Alan D. Budman
    Attorney for Debtor
    1150 Old York Road
    Abington, PA 19001
    215-884-1600
    adbudman@alanbudman.com