| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF PENNSYLVANIA | |
| ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>Franklin Credit Management Corp. | |
| SHEILA WILLIAMS<br>xxx-xx-6543<br><br>Debtor. | Case No.:   16-10671<br>Chapter:    13<br>Judge:      ELF<br><br>Hearing Date: August 30, 2016 |

## PRAECIPE TO WITHDRAW PLEADING

Secured Creditor, Franklin Credit Management Corp., ("Franklin"), the holder of a mortgage on the real property of the Debtor commonly known as 567 Wanamaker Road, Jenkintown, Pennsylvania 19046, by and through its undersigned attorneys, hereby withdraws its objection to the confirmation of the Chapter 13 Plan proposed by the Debtor as Debtor has filed a <u>Fourth Amended Plan</u> which provides for its claim in full.

Respectfully submitted,

/s/EMMANUEL J. ARGENTIERI
EMMANUEL J. ARGENTIERI

Date:  August 25, 2016