UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :         Chapter 13

   SHEILA WILLIAMS         :         Bankruptcy No.: 16-10671ELF

      Debtor                    :

## CERTIFICATION OF SERVICE

ALAN D. BUDMAN, ESQUIRE, being duly sworn, deposes and says:

That on August 31, 2016, he served electronically or by US mail a copy of Debtor's 5th Amended Chapter 13 Plan to the Trustee, US Trustee and the attorney for the City of Philadelphia.

      /s/ Alan D. Budman
      Alan D. Budman
      Attorney for Debtor
      1150 Old York Road
      Abington, PA 19001
      215-884-1600
      adbudman@alanbudman.com