IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                      :
                                            :    In Chapter 13
        SHEILA WILLIAMS                     :
                                            :    Bankruptcy No. 16-10671 (ELF)
                        Debtor.             :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #40) which was filed on August 25, 2016.

        Respectfully submitted,

        THE CITY OF PHILADELPHIA

Dated: August 31, 2016        By: */s/ Pamela Elchert Thurmond*
        PAMELA ELCHERT THURMOND
        Deputy City Solicitor
        PA Attorney I.D. 202504
        Attorney for the City of Philadelphia
        City of Philadelphia Law Department
        Municipal Services Building
        1401 JFK Boulevard, 5th Floor
        Philadelphia, PA  19102-1595
        215-686-0508 (phone)
        Email: Pamela.Thurmond@phila.gov