United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sheila Williams  
    Debtor

Case No. 16-10671-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Denine     Page 1 of 1     Date Rcvd: Dec 01, 2016  
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.  
13725929     +UMB Bank National Association Not in its,  individual capacity but solely as legal, title trustee of Mart Legal Title Trust,  2015-NPL,  PO Box 660605,   Dallas TX 75266-0605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2016 at the address(es) listed below:
         ALAN D. BUDMAN    on behalf of Debtor Sheila  Williams alan-budman@erols.com
         EMMANUEL J. ARGENTIERI    on behalf of Creditor   Franklin Credit Management Corp. bk@rgalegal.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   HOME OPPORTUNITY LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov
         ROBERT MICHAEL KLINE    on behalf of Creditor   UMB Bank, National Association Pacer@squirelaw.com, rmklinelaw@aol.com
         ROBERT MICHAEL KLINE    on behalf of Creditor   U.S. Bank National Association, Pacer@squirelaw.com, rmklinelaw@aol.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                       TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-10671-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Sheila Williams
567 Wanamaker Road
Jenkintown PA 19046

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/30/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 3: UMB Bank National Association Not in its, individual capacity but solely as legal, title trustee of Mart Legal Title Trust, 2015-NPL, PO Box 660605, Dallas TX 75266 | US Bank National Association et al<br>PO Box 52708<br>Irvine, CA 92619-2708 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/03/16

Tim McGrath
**CLERK OF THE COURT**