UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :          Chapter 13

    SHEILA WILLIAMS               :          Bankruptcy No.: 16-10671ELF

               Debtor        :

**NOTICE OF APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO THE DEBTOR, TRUSTEE, ALL CREDITORS, and OTHER PARTIES IN INTEREST:

Pursuant to National Bankruptcy Rule 2002(a)(7) and Local Bankruptcy Rule 2002.2, you are hereby notified that counsel for the above listed debtor, Alan D. Budman, Esquire, has filed an Application for Counsel Fees in the following amounts:

| | |
|---|---|
| Total counsel fees (exclusive of filing fee): | $3,500.00 |
| Amounts paid by debtor at time of filing petition: | 2,000.00 |
| Net amount to be paid by trustee under Plan: | $1,500.00 |

You are further notified that any objection or request for hearing on the Application must be filed with the United States Bankruptcy Clerk, Robert N.C. Nix Bldg, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299 within twenty (20) days of service of this notice.  A copy of any objection must be served upon counsel for the debtors and the standing Chapter 13 trustee.

/s/ Alan D. Budman          date  December 14, 2016

By:  Alan D. Budman

cc:

Alan D. Budman, Esq.
1150 Old York Road
2nd Floor
Abington, PA  19001
Attorney for Debtor

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106