United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10671-elf
Sheila Williams                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine              Page 1 of 1              Date Rcvd: Dec 14, 2016
                             Form ID: 155               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
db              +Sheila Williams,    567 Wanamaker Road,    Jenkintown, PA 19046-2219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
            ALAN D. BUDMAN    on behalf of Debtor Sheila  Williams alan-budman@erols.com
            EMMANUEL J. ARGENTIERI    on behalf of Creditor   Franklin Credit Management Corp. bk@rgalegal.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor   HOME OPPORTUNITY LLC bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
             james.feighan@phila.gov
            ROBERT MICHAEL KLINE    on behalf of Creditor   UMB Bank, National Association Pacer@squirelaw.com,
             rmklinelaw@aol.com
            ROBERT MICHAEL KLINE    on behalf of Creditor   U.S. Bank National Association,
             Pacer@squirelaw.com,   rmklinelaw@aol.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                           TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sheila Williams

Debtor(s)                                          Chapter: 13

                                                   Bankruptcy No: 16−10671−elf
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this Deceember 13, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

 B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                   Eric L. Frank
                                   Chief Judge ,
                                   United States Bankruptcy Court

                                                            74
                                                       Form 155