UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         :        Chapter 13

    SHEILA WILLIAMS                :        Bankruptcy No.: 16-10671ELF

    Debtor                                  :

## CERTIFICATION OF NO RESPONSE

I, ALAN D. BUDMAN, ESQUIRE, do hereby certify that I have received no objection from the Trustee, debtor, or any creditor to the Application for Compensation.

Notice of the Application for Compensation was sent to the Trustee, debtor and creditors electronically or by mail on December 14, 2016.

                          /s/ Alan D. Budman
                          Alan D. Budman
                          Attorney for Debtor