United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sheila Williams
    Debtor

Case No. 16-10671-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Denine    Page 1 of 1    Date Rcvd: Jan 13, 2017
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.
db         +Sheila Williams,    567 Wanamaker Road,    Jenkintown, PA 19046-2219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2017 at the address(es) listed below:
         ALAN D. BUDMAN    on behalf of Debtor Sheila  Williams alan-budman@erols.com
         EMMANUEL J. ARGENTIERI    on behalf of Creditor    Franklin Credit Management Corp. bk@rgalegal.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HOME OPPORTUNITY LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
         PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
         ROBERT MICHAEL KLINE    on behalf of Creditor    UMB Bank, National Association Pacer@squirelaw.com,
           rmklinelaw@aol.com
         ROBERT MICHAEL KLINE    on behalf of Creditor    U.S. Bank National Association,
           Pacer@squirelaw.com,  rmklinelaw@aol.com
         THOMAS I. PULEO    on behalf of Creditor    HOME OPPORTUNITY LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                       TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    SHEILA WILLIAMS,    :    Chapter 13
:
Debtor    :    Bky. No.  16-10671 ELF

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$ 3,500.00** .

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2  less **$ 2,000.00**   which was paid by the Debtor prepetition, to the extent such distribution is authorized by the terms of the confirmed chapter 13 plan.

**Date: January 13, 2017**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE