# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                  Chapter 13

                                                  Bankruptcy No. 16-10671-ELF

SHEILA WILLIAMS

567 WANAMAKER ROAD

JENKINTOWN, PA 19046-

      Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    SHEILA WILLIAMS

    567 WANAMAKER ROAD

    JENKINTOWN, PA 19046-

Counsel for debtor(s), by electronic notice only.

    ALAN D BUDMAN
    1150 OLD YORK RD
    2ND FLOOR
    ABINGTON, PA 19001

Date: 2/13/2017

                                                              /S/ William C. Miller
                                                              _____
                                                              William C. Miller, Esquire
                                                              Chapter 13 Standing Trustee