**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Sheila Williams | : Chapter 13 |
| and | : Bankruptcy No.16-10671-elf |
| Debtor(s) | : |
| | : 11 U.S.C. § 362 |

UMB Bank, National Association, not in its individual capacity but solely as legal title trustee of MART Legal Title Trust 2015-NPL

                            Movant
         vs.

Sheila Williams
and

                          Debtor(s)
         and

                          Trustee
**RESPONDENTS**

**ORDER APPROVING STIPULATION/CONSENT ORDER**

And Now, this     27th        day of     February  2017, upon consideration of the Stipulation between Debtors and UMB Bank, National Association, not in its individual capacity but solely as legal title trustee of MART Legal Title Trust 2015-NPL (Doc. # 96),  it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**