United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10671-elf
Sheila Williams                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Denine     Page 1 of 1     Date Rcvd: Feb 27, 2017
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
db          +Sheila Williams,    567 Wanamaker Road,    Jenkintown, PA 19046-2219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:
          ALAN D. BUDMAN    on behalf of Debtor Sheila  Williams alan-budman@erols.com
          EMMANUEL J. ARGENTIERI    on behalf of Creditor    Franklin Credit Management Corp. bk@rgalegal.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HOME OPPORTUNITY LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
          ROBERT MICHAEL KLINE    on behalf of Creditor    UMB Bank, National Association Pacer@squirelaw.com,
           rmklinelaw@aol.com
          ROBERT MICHAEL KLINE    on behalf of Creditor    U.S. Bank National Association,
           Pacer@squirelaw.com,    rmklinelaw@aol.com
          THOMAS I. PULEO    on behalf of Creditor    HOME OPPORTUNITY LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                  TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:   Sheila Williams            : Chapter 13
    and                             : Bankruptcy No.16-10671-elf
        Debtor(s)                   :
_____         : 11 U.S.C. § 362

UMB Bank, National Association, not in its individual capacity but solely as legal title trustee of MART Legal Title Trust 2015-NPL
                            Movant
            vs.
Sheila Williams
and
                            Debtor(s)
        and

                            Trustee
                    RESPONDENTS

**ORDER APPROVING STIPULATION/CONSENT ORDER**

And Now, this   27th      day of   February  2017, upon consideration of the

Stipulation between Debtors and UMB Bank, National Association, not in its individual capacity

but solely as legal title trustee of MART Legal Title Trust 2015-NPL (Doc. # 96),  it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**