UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                      Case No. 16-10671-elf

Sheila Williams,                            Chapter 13

      Debtor.

_____/

## NOTICE OF ADDRESS CHANGE FOR DEUTSCHE BANK
## NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE
## ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1 – CLAIM # 4

      Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II

Trust Series 2010-1, by and through undersigned counsel, hereby files a Notice of Change of

Address with regards to Claim # 4.  Payments should be sent to the following address:

**Franklin Credit Management Corp.**
**PO Box 829629**
**Philadelphia, PA 19182-9629**

Notices should be sent to the following address:

**Franklin Credit Management Corporation**
**101 Hudson Street, 25th, Floor**
**Jersey City, NJ 07302**

MCCALLA RAYMER LEIBERT PIERCE, LLC

By:     /s/ *Michael J. McCormick*
_____

Michael J. McCormick
Attorney for Creditor
1544 Old Alabama Road
Roswell, GA  30076-2102
Direct Phone  678-281-3918
Michael.McCormick@mccalla.com