United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sheila Williams  
    Debtor

Case No. 16-10671-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Denine     Page 1 of 1     Date Rcvd: Mar 27, 2017  
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2017.  
db           +Sheila Williams,   567 Wanamaker Road,   Jenkintown, PA 19046-2219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2017 at the address(es) listed below:

        ALAN D. BUDMAN   on behalf of Debtor Sheila  Williams alan-budman@erols.com  
        DENISE ELIZABETH CARLON   on behalf of Creditor    HOME OPPORTUNITY LLC bkgroup@kmllawgroup.com  
        EMMANUEL J. ARGENTIERI   on behalf of Creditor    Franklin Credit Management Corp. bk@rgalegal.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor    HOME OPPORTUNITY LLC bkgroup@kmllawgroup.com,  
 bkgroup@kmllawgroup.com  
        PAMELA ELCHERT THURMOND   on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,  
 james.feighan@phila.gov  
        ROBERT MICHAEL KLINE   on behalf of Creditor    UMB Bank, National Association Pacer@squirelaw.com,  
 rmklinelaw@aol.com  
        ROBERT MICHAEL KLINE   on behalf of Creditor    U.S. Bank National Association,  
 Pacer@squirelaw.com,  rmklinelaw@aol.com  
        THOMAS I. PULEO   on behalf of Creditor    HOME OPPORTUNITY LLC tpuleo@kmllawgroup.com,  
 bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
         TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Sheila Williams | Debtor | CHAPTER 13 |
|---|---|---|
| HOME OPPORTUNITY LLC  Moving Party  vs. | | NO. 16-10671 ELF |
| Sheila Williams | Debtor | |
| William C. Miller Esq. | Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Moving Party on the Debtor's residence is **$4,171.78**, which breaks down as follows;

Post-Petition Payments: March 2016 through January 2017 at $283.93
Fees & Costs Relating to Motion: $1,031.00
**Total Post-Petition Arrears** **$4,171.78**

2. The Debtor shall cure said arrearages in the following manner;

a). Within seven (21) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of $4,171.78.

b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of $4,171.78 along with the pre-petition arrears;

c) The new 410A Form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim;

d). Maintenance of current monthly mortgage payments to the Moving Party thereafter.

3. Beginning February 01, 2017, Debtor shall pay the present regular monthly payment of **$287.44** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month)

4. Should debtor provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited; Movant shall adjust the account accordingly.

5. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Moving Party shall notify Debtor and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, the Moving Party may file a Certification of Default with the Court and the Court shall enter an Order granting the Moving Party relief from the automatic stay.

6. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

7. If the case is converted to Chapter 7, the Moving Party shall file a Certification of Default with the court and the court shall enter an order7 granting the Moving party relief from the automatic stay.

8. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

9. The provisions of this stipulation do not constitute a waiver by the Moving Party of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

10. The parties agree that a facsimile signature shall be considered an original signature. **without prejudice to any trustee rights or remedies**

~~Date:    January 12, 2017~~
Date:    March 16, 2017

By:    /s/ Denise Carlon, Esquire
Denise Carlon, Esquire
Attorneys for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date: 3/22/2017

William C. Miller, Esq.
Chapter 13 Trustee

Date: 2-2-17

Alan D. Budman Esq.
Attorney for Debtor

**NO OBJECTION**

**ORDER**

Approved by the Court this 24th day of Mach, 2017. However, the court retains discretion regarding entry of any further order.

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**