# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 16-10671-ELF

SHEILA WILLIAMS

567 WANAMAKER ROAD

JENKINTOWN, PA 19046-

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

SHEILA WILLIAMS

567 WANAMAKER ROAD

JENKINTOWN, PA 19046-

Counsel for debtor(s), by electronic notice only.

ALAN D BUDMAN
1150 OLD YORK RD
2ND FLOOR
ABINGTON, PA 19001

Date: 4/25/2017

/S/ William C. Miller

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee