United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sheila Williams  
       Debtor

Case No. 16-10671-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Jul 27, 2017  
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.  
db            +Sheila Williams,    567 Wanamaker Road,    Jenkintown, PA 19046-2219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:  
       ALAN D. BUDMAN    on behalf of Debtor Sheila Williams alan-budman@erols.com  
       DENISE ELIZABETH CARLON    on behalf of Creditor    HOME OPPORTUNITY LLC bkgroup@kmllawgroup.com  
       EMMANUEL J. ARGENTIERI    on behalf of Creditor    Franklin Credit Management Corp. bk@rgalegal.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HOME OPPORTUNITY LLC bkgroup@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
       PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,  
       james.feighan@phila.gov  
       ROBERT MICHAEL KLINE    on behalf of Creditor    UMB Bank, National Association Pacer@squirelaw.com,  
       rmklinelaw@aol.com  
       ROBERT MICHAEL KLINE    on behalf of Creditor    U.S. Bank National Association,  
       Pacer@squirelaw.com,    rmklinelaw@aol.com  
       THOMAS I. PULEO    on behalf of Creditor    HOME OPPORTUNITY LLC tpuleo@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
       philaecf@gmail.com  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                      TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| SHEILA WILLIAMS, | : | |
| Debtor | : | Bky. No. 16-10671 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #120 ) is **APPROVED**.

**Date: July 26, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**