# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-10671-ELF

SHEILA WILLIAMS

567 WANAMAKER ROAD

JENKINTOWN, PA 19046-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHEILA WILLIAMS

567 WANAMAKER ROAD

JENKINTOWN, PA 19046-

Counsel for debtor(s), by electronic notice only.

    ALAN D BUDMAN
    1150 OLD YORK RD
    2ND FLOOR
    ABINGTON, PA 19001

Date: 10/27/2017

    /S/ William C. Miller
    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee