United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-10671-elf
Sheila Williams                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Nov 29, 2017
                              Form ID: pdf900         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.
```
db              +Sheila Williams,    567 Wanamaker Road,    Jenkintown, PA 19046-2219
cr              +UMB Bank, National Association, not in its individ,    314 S. Franklin Street,
                  Titusville, PA 16354-2168
13668657        +AES,    PO Box 2461,    Harrisburg, PA 17105-2461
13668656         Abington Neurological Accosciates,    2325 Maryland Rd.,    Ste. 120,
                  Willow Grove, PA 19090-1758
13766646        +Alan D. Budman, Esquire,    1150 Old York Road,    Second Floor,    Abington, PA 19001-3712
13769533         American Express Travel Related Services Company,    Inc,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern PA 19355-0701
13668658        +BSI Financial Services,    314 S. Franklin Street,    Titusville, PA 16354-2168
13668659       #+Central Credit Services LLC,    20 Corporate Hills Drive,    Saint Charles, MO 63301-3749
13668661        +Dan W. Welch, Inc.,    893 S. Matlack Street,    Ste. 130B,    West Chester, PA 19382-4559
13685240         ECMC,    PO BOX 16408,    ST PAUL, MN 55116-0408
13668662         First Premier Bank,    Attn: Bankruptcy Department,    PO Box 5524,    Sioux Falls, SD 57117-5524
13770151        +HOME OPPORTUNITY LLC,    Statebridge Company Bankruptcy Departmen,    5680 Greenwood Plaza Blvd,
                  Greenwood Village, CO 80111-2414
13668663        +Home Opportunity LLC,    c/o KML Law Group,    701 Market Street,
                  Ste. 5000 BNY Independence Center,    Philadelphia, PA 19106-1538
13668664         Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
13668666        +Taneish Williams,    2639 Oakford Street,    Philadelphia, PA 19146-3813
13668667        +The Hospital of the University of PA,    3400 Spruce Street,    Philadelphia, PA 19104-4208
13725929        +UMB Bank National Association Not in its,    individual capacity but solely as legal,
                  title trustee of Mart Legal Title Trust,    2015-NPL,    PO Box 660605,    Dallas TX 75266-0605
13725951        +UMB Bank, National Association, not in its individ,    PO Box 660605,    Dallas, TX 75266-0605
13829958         US Bank National Association et al,    PO Box 52708,    Irvine, CA 92619-2708
13741092        +Wells Fargo Bank,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:36     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 30 2017 01:35:59
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 30 2017 01:36:18     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:36     City of Philadelphia,
                  Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                  5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13767137        +E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:36
                  CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                  1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13668660         E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:36     City of Philadelphia,
                  Department of Revenue,    PO Box 148,    Philadelphia, PA 19105-0148
13727797        +E-mail/Text: bankruptcynotice@franklincredit.com Nov 30 2017 01:35:40
                  Deutsche Bank National Trust Co., Trustee(See 410),    c/o Franklin Credit Mgmt Corp,
                  101 Hudson Street,    25th, Floor,    Jersey City, NJ 07302-3915
13685213        +E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 30 2017 01:37:01     NAVY FEDERAL CREDIT UNION,
                  P. O. BOX 3000,    MERRIFIELD, VA 22119-3000
13728370        +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 30 2017 01:36:14     Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13668665        +E-mail/Text: BankruptcyMail@questdiagnostics.com Nov 30 2017 01:36:59     Quest Diagnostics,
                  3 Giralda Farms,    Madison, NJ 07940-1027
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICA
cr*              American Express Travel Related Services Company,,    c/o Becket and Lee, LLP,    P.O. Box 3001,
                  Malvern, PA  19355-0701
13674665*       +AES,    PO Box 2461,    Harrisburg, PA 17105-2461
13674664*        Abington Neurological Accosciates,    2325 Maryland Rd.,    Ste. 120,
                  Willow Grove, PA 19090-1758
13674666*       +BSI Financial Services,    314 S. Franklin Street,    Titusville, PA 16354-2168
13674667*       +Central Credit Services LLC,    20 Corporate Hills Drive,    Saint Charles, MO 63301-3749
13674668*        City of Philadelphia,    Department of Revenue,    PO Box 148,    Philadelphia, PA 19105-0148
13674669*        First Premier Bank,    Attn: Bankruptcy Department,    PO Box 5524,    Sioux Falls, SD 57117-5524
13674670*       +Home Opportunity LLC,    c/o KML Law Group,    701 Market Street,
                  Ste. 5000 BNY Independence Center,    Philadelphia, PA 19106-1538
13674671*        Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
13674672*       +Quest Diagnostics,    3 Giralda Farms,    Madison, NJ 07940-1027
13674673*       +The Hospital of the University of PA,    3400 Spruce Street,    Philadelphia, PA 19104-4208
                                                                                   TOTALS: 1, * 11, ## 0
```

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Nov 29, 2017
                              Form ID: pdf900             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
      ALAN D. BUDMAN    on behalf of Debtor Sheila  Williams alan-budman@erols.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    HOME OPPORTUNITY LLC bkgroup@kmllawgroup.com
      EMMANUEL J. ARGENTIERI    on behalf of Creditor    Franklin Credit Management Corp. bk@rgalegal.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HOME OPPORTUNITY LLC bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
      james.feighan@phila.gov
      ROBERT MICHAEL KLINE    on behalf of Creditor    UMB Bank, National Association Pacer@squirelaw.com,
      rmklinelaw@aol.com
      ROBERT MICHAEL KLINE    on behalf of Creditor    U.S. Bank National Association,
      Pacer@squirelaw.com, rmklinelaw@aol.com
      SARAH K. MCCAFFERY    on behalf of Creditor    UMB Bank, National Association, not in its
      individual capacity but solely as legal title trustee of MART Legal Title Trust 2015-NPL
      smccaffery@squirelaw.com
      THOMAS I. PULEO    on behalf of Creditor    HOME OPPORTUNITY LLC tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
      philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                     TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHEILA WILLIAMS | Chapter 13 |
| Debtor | Bankruptcy No. 16-10671-ELF |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

   **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

   **ORDERED**, that any wage orders are hereby vacated.

**Date: November 29, 2017** _____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAN D BUDMAN
1150 OLD YORK RD
2ND FLOOR
ABINGTON, PA 19001


Debtor:
SHEILA WILLIAMS

567 WANAMAKER ROAD

JENKINTOWN, PA 19046-